UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------

MICHAEL CABAN,

           Plaintiff(s),

  -against-

CITY OF NEW YORK, et al.,

           Defendant(s)

------------------------------------------------------------

**ORDER OF DISCONTINUANCE**

CV-10-4619 (CBA)

2011

AMON, J.

    It having been reported to the Court that the above action has been settled, it is

    ORDERED that the action is hereby discontinued without prejudice to the right to reopen the action in 45 days if the settlement is not consummated.

    SO ORDERED.

Dated:    Brooklyn, New York
           December 19, 2011

                                            s/CBA

                                      Carol Bagley Amon
                                      Chief United States District Judge