# RICHARD CARDINALE

## ATTORNEY AT LAW
### 26 COURT STREET, SUITE 1815
### BROOKLYN, NEW YORK 11242
### (718) 624-9391

Facsimile: (718) 624-4748
E-mail: richcardinale@gmail.com

February 6, 2012

The Honorable Carol B. Amon
United States Courthouse
225 Cadman Plaza East
Brooklyn, N.Y. 11201

Re:  *Michael Caban v. City of New York, et al.*, 10 CV 4619 (CBA) (LB)

Your Honor:

I represent the plaintiff in this civil rights action.  As a follow-up to my letter of last week, I write to inform the Court that defense counsel left a message with my receptionist on Friday indicating that defendants take no position on my request to extend plaintiff's time to reopen the action to February 10, 2012.

Respectfully,

/s/

Richard Cardinale

Copy: Baree Fett