# RICHARD CARDINALE
### ATTORNEY AT LAW
### 26 COURT STREET, SUITE 1815
### BROOKLYN, NEW YORK 11242
### (718) 624-9391

Facsimile: (718) 624-4748
E-mail: richcardinale@gmail.com

April 26, 2013

The Honorable Lois Bloom
United States Courthouse
225 Cadman Plaza East
Brooklyn, N.Y. 11201

      Re:  *Michael Caban v. City of New York, et al.*, 10 CV 4619 (CBA) (LB)

Your Honor:

      I represent the plaintiff in this civil rights action which settled on the record during a settlement conference with Your Honor on November 15, 2011.  I recently proposed to defense counsel lowering the amount of the agreed-upon settlement in exchange for a revised general release.  Defense counsel is in the process of bringing my proposal to a supervisor.  I request that Your Honor meet with the parties to help us reach an agreement.

      Respectfully,

      /s/

      Richard Cardinale

Copy: Virginia Nimick